## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRAINLAB AG, and
BRAINLAB, INC.,

      Plaintiffs,

      v.

KLARITY MEDICAL PRODUCTS, LLC,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiffs Brainlab AG and Brainlab Inc. (collectively "Brainlab") file this Complaint against Defendant Klarity Medical Products, LLC ("Klarity") for patent and trademark infringement and deceptive trade practices.  In support Brainlab alleges the following:

## OVERVIEW

1.    Brainlab is a globally prominent company in the Image-Guided Radiotherapy ("IGRT") market. IGRT systems provide precision radiation therapy or radiosurgery that focuses on destroying or minimizing a tumor in a patient's body while preserving surrounding healthy tissue.

2.    One of Brainlab's IGRT products is the ExacTrac® radiotherapy system.  The ExacTrac® system comes in two forms:  ExacTrac® and ExacTrac Dynamic®.  One of the critical components of the ExacTrac® systems is a patient mask that immobilizes the patient's head during a radiotherapy procedure to improve accuracy and patient outcome.

3.     Klarity manufactures infringing patient immobilization "masks" for use in Brainlab's ExacTrac® and ExacTrac Dynamic® systems and then competes against Brainlab using deceptive trade practices.

4.      Klarity has harmed Brainlab by infringing Brainlab's patents and its trademarks covering Brainlab's innovative radiotherapy systems and by engaging in deceptive trade practices and unfair competition.

## NATURE OF THE ACTION

5.     This is an action for damages and injunctive relief for Klarity's infringement of U.S. Patent Nos. 11,278,368 (the '368 Patent), 11,642,190 (the '190 Patent), and 11,937,985 (the '985 Patent).  The '368 Patent is attached as Exhibit A, the '190 Patent is attached as Exhibit B, and the '985 Patent is attached as Exhibit C.

6.     This is also an action for damages and injunctive relief for Klarity's infringement of Brainlab's trademark for ExacTrac® and ExacTrac Dynamic®.

7.     This is further an action for damages and injunctive relief for Klarity's deceptive practices under 6 Delaware Code § 2532 (2023) and unfair competition under Delaware common law.

8.     Accordingly, Brainlab seeks to enjoin Klarity's ongoing patent and trademark infringement, deceptive trade practices, and unfair competition and to obtain monetary relief for the harm Klarity has caused Brainlab as further set forth below.

## THE PARTIES, JURISDICTION, AND VENUE

9.     Brainlab AG is a company based in Munich, Germany.

10.     Brainlab Inc. is a wholly-owned subsidiary of Brainlab AG.  Brainlab Inc. has a principal place of business at 5 Westbrook Corporate Center, Westchester, IL 60154.

11.     Klarity is a Delaware limited liability corporation.

12.     Klarity has a principal place of business at 600 Industrial Parkway, Heath, Ohio 43056.

13.     This Court has subject matter jurisdiction over Brainlab's patent infringement claims under 28 U.S.C. §§ 1331 and 1338(a) because they arise under federal law and, more specifically, U.S. Patent Act 35 U.S.C. § 1, *et seq.*

14.     This Court has subject matter jurisdiction over Brainlab's trademark infringement claims under 28 U.S.C. §§ 1331, 15 U.S.C. §§ 1114 and 1125(a), as well as 6 Delaware Code § 2532 (2023) and the common law of Delaware. This Court has supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.

15.     This Court has personal jurisdiction over Klarity.  Klarity is a corporation organized and existing under the laws of the State of Delaware and, therefore, subject to this Court's jurisdiction.   Furthermore, on information and belief, Klarity has regularly and systematically transacted business in and with residents of the State of Delaware, directly and/or through intermediaries, and/or committed acts of infringement in the State of Delaware as alleged more particularly below. In particular, Klarity sells and/or offers for sale products throughout the United States, including in Delaware, for infringing use under such circumstances that Klarity reasonably should have anticipated being subject to suit in this judicial district.  See, for example, Klarity's website: https://www.klaritymedical.com/.

16.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).

## **FACTUAL ALLEGATIONS**

17.     For over twenty years Brainlab has been involved in the research of IGRT systems and has sold radiotherapy products to hospitals and other institutions throughout the world.

18.    Brainlab's radiotherapy products include its ExacTrac® and ExacTrac Dynamic® radiotherapy systems (collectively "ExacTrac®").  The ExacTrac® images a lesion such as a tumor and delivers precisely focused radiation to the lesion.  When treating a brain tumor, the ExacTrac® includes a head immobilization system that ensures that the patient's head remains in a precise location and orientation relative to the radiation beam during treatment.  The head immobilization system includes a thermoplastic sheet deformable to the shape of a patient's head and face (the "mask") that is coupled to a mask frame. The mask frame is in turn connected to a support rail of a patient table.  A linear accelerator provides the radiotherapy beam to the tumor within the patient.

19.    The ExacTrac Dynamic® head immobilization system includes a patented mechanism that allows the mask frame to be coupled to the support rail. The support rail includes sawtooth pins. Thus, a mask assembly must be specially designed with sawtooth receivers to accommodate the pins of the support rail.

20.    One implementation of a mask on a patient is shown below.  The white area is the thermoplastic sheet.  The grey is the mask frame.  It is shown connected to the support rail structure (in black) of a patient table.



https://www.brainlab.com/video-player/ftnBACz-en/.

21.     Brainlab's head immobilization system with the ExacTrac Dynamic® system is shown below:



22.     Brainlab sells its head immobilization systems and masks for the ExacTrac® and ExacTrac Dynamic® systems throughout the world.

23.     Brainlab's head immobilization system is protected by U.S. Patent Nos. 11,278,368; 11,642,190; and 11,937,985.  The '368 Patent issued March 22, 2022.  The '190 Patent issued May 9, 2023.  The '985 Patent issued March 26, 2024.  Each patent is assigned to Brainlab AG.

24.     Brainlab Inc. is exclusively authorized to sell masks for the ExacTrac® and ExacTrac Dynamic® systems in the United States.

25.     ExacTrac® is a registered U.S. trademark of Brainlab AG, Registration Nos. 5,624,828 and 2,834,225. Registration No. 2,834,225 is incontestable, constituting conclusive evidence of Brainlab's ownership of the mark, the validity and registration of the mark, and Brainlab's exclusive rights to use the mark in connection with the goods and services covered under the registration.

26.     ExacTrac Dynamic® is a registered U.S. trademark of Brainlab AG, Registration No. 5,630,026 (together with the ExacTrac® marks, the "Brainlab marks").

27.     Copies of these registration certificates are attached to this complaint as Exhibit D.

28.     Klarity sells masks specially designed for use in Brainlab's ExacTrac Dynamic® systems using Brainlab's patented head mobilization system as seen on Klarity's website:



### Klarity® Dynamic Masks
### for BrainLab Systems

**INSTRUCTIONS FOR USE**

<u>GENERAL INFORMATION</u>
Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and immobilization of patients undergoing radiation therapy treatment. Klarity Dynamic Masks are compatible with BrainLab systems.

https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf. A copy of this webpage is attached to this complaint as Exhibit E.

29.     Klarity's mask systems conform to a patient's head and are coupled to the support rail from Brainlab's ExacTrac Dynamic® system as shown in the images below from Klarity's website:

 

https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf (Exhibit E).

30.     Specially designed sawtooth pins projecting from the support rail of the Brainlab ExacTrac Dynamic® system engage with corresponding sawtooth receptacles on the Klarity mask sets which lock the mask into place.

31.    The Klarity mask can be removed from the ExacTrac® system by pressing on tabs on the mask frame.



https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf (Exhibit E). An exemplary Klarity infringing mask set is shown in an exploded view from its website below:



https://klaritymedical.squarespace.com/stereotactic-masks. A copy of this website is attached to this complaint as Exhibit F.

32.    Exemplary infringing Klarity mask sets include its Klarity White Dynamic Mask set and its Klarity Green Dynamic mask set.

33.     Klarity never informed Brainlab that it would sell a mask designed to work with Brainlab's ExacTrac® system or Brainlab's ExacTrac Dynamic® system or as a substitute for Brainlab's masks in Brainlab's head immobilization system.

34.     Brainlab has not granted Klarity a license or permission to sell its infringing masks.

35.     Given that Klarity designed mask sets specifically to work in Brainlab's patented system, Brainlab believes that Klarity's infringement must be willful.

36.     Klarity advertises its mask systems as specifically designed for use in Brainlab's ExacTrac® or ExacTrac Dynamic® systems. It claims that its masks are "preferred" over Brainlab's masks and made of a "superior" thermoplastic.  It also admits that its infringing masks are "used by clinics worldwide."

> Klarity offers stereotactic masks that are compatible with BrainLAB Systems. Our stereotactic masks have been used by clinics worldwide. Klarity masks are an preferred option for stereotactic masks thanks to our superior thermoplastic. Klarity stereotactic masks are available in Klarity Green® and Klarity White™.

https://www.klaritymedical.com/stereotactic. A copy of this website is attached to this complaint as Exhibit G.

37.     Klarity claims on its website that its products are "compatible with BrainLAB systems." https://klaritymedical.squarespace.com/stereotactic-masks (Exhibit F).

38.     Klarity claims its masks are better than, a "cut above," and an "upgrade" over the other's suppliers' masks, including Brainlab's:

> From the beginning, our thermoplastic masks have been a cut above the rest. **Less sticky. Less shrinkage. More better.**
>
> Our mask collection now includes four different types of thermoplastic in different colors, for patient and treatment specificity. We also offer masks for essentially every baseplate and frame-type out there. Whatever system you use, you can upgrade your masks to Klarity.

https://www.klaritymedical.com/masks. A copy of this website is attached to this complaint as Exhibit H.

39.    By claiming that its masks are compatible with and superior to Brainlab's masks, Klarity has caused Brainlab to be unfairly damaged through lost sales and depressed sales price.

40.    Klarity improperly registers its mask sets through the National Institute of Health GUDID system using Brainlab's federally registered trademarks:" Klarity Green ExacTrac Stereotactic Head Frame Mask," and "Klarity White ExacTrac Dynamic Head Frame Mask Set:"

**DEVICE IDENTIFIER (DI) INFORMATION**

Brand Name: KLARITY MEDICAL
Version or Model: RG408A-1
Commercial Distribution Status: In Commercial Distribution
Catalog Number:
Company Name: Klarity Medical Products, LLC
Device Description: Klarity Green ExacTrac Stereotactic Head Frame Mask

Primary DI Number: 00817355025684
Issuing Agency: GS1
Commercial Distribution End Date:
Device Count: 1
Labeler D-U-N-S® Number*: 034824691 *Terms of Use

CLOSE
DEVICE CHARACTERISTICS
DEVICE RECORD STATUS
ALTERNATIVE AND ADDITIONAL IDENTIFIERS
CUSTOMER CONTACT [?]

https://accessgudid.nlm.nih.gov/devices/00817355025684

**DEVICE IDENTIFIER (DI) INFORMATION**

Brand Name: KLARITY MEDICAL
Version or Model: R408A-1
Commercial Distribution Status: In Commercial Distribution
Catalog Number:
Company Name: Klarity Medical Products, LLC
Device Description: Klarity White ExacTrac Dynamic Head Frame Mask Set

Primary DI Number: 00817355025653
Issuing Agency: GS1
Commercial Distribution End Date:
Device Count: 1
Labeler D-U-N-S® Number*: 034824691 *Terms of Use

CLOSE
DEVICE CHARACTERISTICS
DEVICE RECORD STATUS
ALTERNATIVE AND ADDITIONAL IDENTIFIERS
CUSTOMER CONTACT [?]

https://accessgudid.nlm.nih.gov/devices/00817355025653 Copies of these websites are attached to this complaint as Exhibits I and J, respectively.

41.    By using "Exactrac" and "ExacTrac Dynamic" in its GUDID registration, Klarity creates a false association with Brainlab and gives a false, confusing and/or misleading impression that Brainlab has approved Klarity's product for use with Brainlab's ExacTrac® and ExacTrac Dynamic® system.

42.     Klarity's use of "ExacTrac" and "ExacTrac Dynamic" in its GUDID registration is likely to cause confusion amongst its customers and result in sales it could not have made but for the use of Brainlab's trademarks.

43.     Klarity also improperly uses a portion of Brainlab's ExacTrac Dynamic® trademark in the name of its products: "Green Dynamic Mask Set" and "White Dynamic Mask Set:"



https://klaritymedical.squarespace.com/stereotactic-masks (Exhibit F).

44.     By using "Dynamic" in the name of its products, Klarity creates a false association with Brainlab and gives a false, confusing and/or misleading impression that Brainlab has approved Klarity's product for use with Brainlab's ExacTrac Dynamic® system.

45.     Klarity's use of "Dynamic" in its product name is likely to cause confusion amongst its customers and result in sales it could not have made but for the use of Brainlab's trademark.

46.     Brainlab has not granted Klarity a license or permission to use Brainlab's trademarks.

47.     Klarity's sale of its masks for use in Brainlab's system is causing Brainlab injury.

## COUNT I – INFRINGEMENT OF THE '368 PATENT

48.    Brainlab incorporates by reference all allegations in all preceding paragraphs of this Complaint.

49.    Klarity has directly and indirectly infringed and continues to directly and indirectly infringe the '368 Patent at least by making, using, selling, and offering for sale its masks, including the Klarity Green Dynamic Mask set, and the Klarity White Dynamic Mask set. These mask sets include at least Klarity identifier codes RG408A-1 and R408A-1.

50.    As an illustrative example of how Klarity mask sets infringe one or more claims of the '368 Patent, below is a comparison claim chart showing that the Klarity Dynamic Green Mask set includes every limitation of claim 1 of the '368 Patent.

| Claim 1 of the '368 Patent | Klarity Green Dynamic Mask set |
|---|---|
| 1.      A head immobilization system for immobilizing a patient's head in a supine position of the patient, the system comprising: | Klarity admits that its masks are a head immobilization system:<br><br>GENERAL INFORMATION<br>    Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and ***immobilization of patients*** undergoing radiation therapy treatment. Klarity Stereotactic masks are compatible with BrainLab masks systems.<br><br>(Exhibit E) |
| a support rail structure adapted to be coupled to a patient rest and configured to extend at least on both lateral sides of the patient's head; | The support rail on the ExacTrac Dynamic® system is shown below as the elevated structure on the left including the depression accommodating a patient's head. |



The four upwardly protruding sections are the saw-toothed pins.

| | |
|---|---|
| a mask frame adapted to be coupled to at least one deformable upper mask sheet, wherein the mask frame is releasably connected to the support rail structure via a first interface section and a second interface section, with at least two pins protruding from the first interface section in a first direction, and at least two pin-receptions provided at the second interface section, wherein each one of the pin-receptions receives one of the pins, and the at least two pins are in a fixed position with respect to the first interface; | One side of the Klarity mask frame is shown below in grey. It allows the releasable connection to the support rail structure on the ExacTrac Dynamic® system. The green structure is the deformable mask.  Below, the mask frame is shown releasably connected to the rail support (in white):  (Exhibit E) |

| | |
|---|---|
| a catch-mechanism for each pin-reception and each corresponding pin, wherein the catch-mechanism includes saw-toothing formed vertically along a surface of each corresponding pin, which interlocks with saw-toothing of the corresponding pin-reception that is held resiliently with respect to the pin-reception, and the catch-mechanism allows the pin to be pushed further into the pin-reception in the first direction, wherein movement of the pin in the first direction causes a decrease in a distance between the mask frame and the support rail structure, and the catch-mechanism interlocks to prevent the pin from moving with respect to the pin-reception in a second, opposite direction; and | The catch mechanism is shown in the portion of the Klarity mask frame below as the rectangular structure protruding inwardly from the top section of the mask frame:  It includes a saw-toothing that interlocks with the corresponding pin reception. The catch mechanism allows the pin to be progressively engaged further into the mechanism decreasing the distance between the mask frame and the support rail structure. |
| a release mechanism that includes grasping sections that, while pressed together, cause the saw-toothing of the pin-reception to move away from the saw-toothing of the corresponding pin to allow the pin to move with respect to the pin-reception in the second direction. | The release mechanism in the Klarity mask includes two upwardly extending grasping sections that when pressed together cause the sawtooth structures on mask frame and rail support to disengage allowing the mask frame to be removed from the support rail.  As Klarity admits on its website, pressing the grasping sections causes the saw-toothed areas of the pin reception and pin to move away and disengage. |



(Exhibit E)

51.    The Klarity White Dynamic Mask set is designed and operates substantially the same way as the Klarity Green Dynamic Mask set and infringes the '368 Patent as set forth in the claim chart above when mounted to a support rail on Brainlab's ExacTrac Dynamic® systems.

52.    Klarity sells its mask to doctors and hospitals with the "Instructions for Use" that explicitly instruct the user to use Klarity's masks in an infringing way:



**Klarity® Dynamic Masks
for BrainLab Systems**

**INSTRUCTIONS FOR USE**

GENERAL INFORMATION
Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and immobilization of patients undergoing radiation therapy treatment. Klarity Dynamic Masks are compatible with BrainLab systems.

ss.

https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf (Exhibit E).

53.    Because of Brainlab's system for coupling a mask to the support rail, the only intended and feasible use for Klarity's White Dynamic and Green Dynamic mask sets are with the Exactrac Dynamic® systems and therefore have no substantial non-infringing uses.

54. Because Klarity advertises its White Dynamic and Green Dynamic mask sets as "compatible with Brainlab systems" it has induced others to infringe the '368 Patent.

55. Klarity had knowledge of and was aware of the '368 Patent before it began its infringing activities.

56. Given that Klarity specifically designed, manufactured and sold its Mask sets to infringe the '368 Patent, Brainlab believes that Klarity's infringement of the '368 Patent was, and continues to be, willful and deliberate.

57. Brainlab has been and will continue to be damaged by Klarity's infringing activities.

58. Brainlab has suffered irreparable harm due to Klarity's patent infringement and will continue to be irreparably harmed unless and until Klarity's infringing activities are enjoined by this Court.

## <u>COUNT II – INFRINGEMENT OF THE '190 PATENT</u>

59. Brainlab incorporates by reference all allegations in all preceding paragraphs of this Complaint.

60. Klarity has directly and indirectly infringed and continues to directly and indirectly infringe the '190 Patent at least by making, using, selling, and offering for sale its masks, including the Klarity Green Stereotactic Mask set, the Klarity White Stereotactic Mask set, the Klarity Green Dynamic Mask set, and the Klarity White Dynamic Mask set. These mask sets include at least Klarity identifier codes RG408A-1 and R408A-1.

61. As an illustrative example of how Klarity's mask sets infringe one or more claims of the '190 Patent, below is a comparison chart showing how Klarity's Green Dynamic Mask set includes each limitation of claim 16 of the '190 Patent.

| Claim 16 of the '190 Patent | Klarity Green Dynamic Mask set |
|---|---|
| 16.     A head immobilization system comprising: | Klarity admits that its masks are a head immobilization system:<br><br>GENERAL INFORMATION<br>    Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and ***immobilization of patients*** undergoing radiation therapy treatment. Klarity Stereotactic masks are compatible with BrainLab masks systems.<br><br>(Exhibit E) |
| a support rail structure that includes at least two pins protruding from the support rail structure, wherein each pin includes saw-toothing formed along a surface of the pin; | The support rail on the ExacTrac Dynamic® system is shown below as the elevated structure on the left including the depression accommodating a patient's head.<br><br><br><br>The four upwardly protruding sections are the saw-toothed pins. |
| a mask frame comprising: | The Klarity mask set includes a mask frame (in grey) that couples to a thermoplastic mask sheet (in green).<br><br> |
| at least two pin-receptions that include saw-toothing, wherein each one of the pin-receptions is | The mask frame includes at least two pin receptions including a sawtooth surface that receives and interlocks with a sawtooth pin protruding from the |

configured to receive one of the pins such that the saw-toothing of the pin interlocks with the saw-toothing of the corresponding pin-reception to allow the pin to be further inserted into the pin-reception, but prevent removal of the pin from the pin reception; and

support rail. The pin reception sawtooth surface is shown below as the rectangular structure protruding inwardly from the top section of the mask frame:



Below the Klarity mask frame is shown with the pin receptions engaged with the pins from the support rail:



(Exhibit E).

a release mechanism that includes grasping sections that, while pressed together, cause the saw-toothing of at least one of the pin-receptions to move away from the saw-toothing of the corresponding pin to allow the pin to be removed from the pin-reception.

The release mechanism in the Klarity mask includes two upwardly extending grasping sections that when pressed together cause the sawtooth structures on mask frame and rail support to disengage allowing the mask frame to be removed from the support rail.



| | As Klarity admits on its website, pressing the grasping sections causes the saw-toothed areas of the pin reception and pin to move away and disengage.   |
|---|---|
| | (Exhibit E) |

62.    The Klarity White Dynamic Mask set is designed and operates substantially the same way as set forth in the claim chart above and when mounted to a support rail on Brainlab's ExacTrac Dynamic® systems infringe the '190 Patent.

63.    Klarity sells its mask to doctors and hospitals with the "Instructions for Use" that explicitly instruct the user to use Klarity's masks in an infringing way:

**Klarity®**
BETTER PRODUCTS FOR BETTER CARE

**Klarity® Dynamic Masks
for BrainLab Systems**

**INSTRUCTIONS FOR USE**

GENERAL INFORMATION
Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and immobilization of patients undergoing radiation therapy treatment. Klarity Dynamic Masks are compatible with BrainLab systems.

ss.

https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf (Exhibit E).

64.    Because of the unique coupling design the only intended and feasible use for Klarity's White Dynamic and Green Dynamic mask sets is with Brainlab's Exactrac Dynamic® systems and therefore they have no substantial non-infringing uses.

65.    Because Klarity advertises its White Dynamic and Green Dynamic mask sets as "compatible with Brainlab systems" it has induced others to infringe the '190 Patent.

66.    Brainlab believes that Klarity has knowledge of and was aware of the '190 Patent before it began its infringing activities.

67.    Given that Klarity specifically designed, manufactured and sold its Mask sets to infringe the '190 Patent, Brainlab believes that Klarity's infringement of the '190 Patent was, and continues to be, willful and deliberate.

68.    Brainlab has been and will continue to be damaged by Klarity's infringing activities.

69.    Brainlab has suffered irreparable harm due to Klarity's patent infringement and will continue to be irreparably harmed unless and until Klarity's infringing activities are enjoined by this Court.

## COUNT III – INFRINGEMENT OF THE '985 PATENT

70.    Brainlab incorporates by reference all allegations in all preceding paragraphs of this Complaint.

71.    Klarity has directly and indirectly infringed and continues to directly and indirectly infringe the '985 Patent at least by making, using, selling, and offering for sale its masks, including the Klarity Green Dynamic Mask set, and the Klarity White Dynamic Mask set. These mask sets include at least Klarity identifier codes RG408A-1 and R408A-1.

72.    As an illustrative example of how Klarity mask sets infringe one or more claims of the '985 Patent, below is a comparison claim chart showing that the Klarity Dynamic Green Mask set includes every limitation of claim 1 of the '985 Patent.

| Claim 1 of the '985 Patent | Klarity Green Dynamic Mask set |
|---|---|
| A mask system for immobilizing a patient's head relative to a support rail structure of a head immobilization system, comprising: | Klarity admits that its masks are a head immobilization system:<br><br>GENERAL INFORMATION<br>　　Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and ***immobilization of patients*** undergoing radiation therapy treatment. Klarity Stereotactic masks are compatible with BrainLab masks systems.<br><br>(Exhibit E) |
| at least one deformable patient mask sheet; and, | In the image below the deformable mask sheet is shown in green deformed to the contour of a patient's head:<br><br><br><br>(Exhibit E). |
| at least one pin extending from the support rail structure of the head immobilization system; and | The support rail on the ExacTrac Dynamic® system is shown below as the elevated structure on the left including the depression accommodating a patient's head. The pins extending from the support rail are the four upwardly extending structures on the support rail: |



| | |
|---|---|
| a mask frame coupled to the at least one deformable patient mask sheet, the mask frame including: | One side of the Klarity mask frame is shown below in grey coupled to the deformable mask in green:  |
| plural interface sections, each interface section including a releasable pin receiver having a sawtooth catch structure on a surface, wherein each releasable pin receiver is adapted to receive a corresponding one of the at least one pin such that the saw tooth catch structure engages a corresponding saw tooth structure on the pin to allow the pin to be pushed progressively further into the releasable pin receiver, but to prevent removal of the pin from the pin receiver unless released; and | The mask frame includes releasable pin receivers with a sawtooth catch for receiving the pins extending from the support rail. The catch mechanism is shown in the portion of the Klarity mask frame below as the rectangular structure protruding inwardly from the top section of the mask frame:  It includes a saw-toothing that interlocks with the corresponding pin. The catch mechanism allows the pin to be progressively engaged further into the |

| | |
|---|---|
| | mechanism decreasing the distance between the mask frame and the support rail structure. |
| a release mechanism including grasping sections that, when pressed, cause the sawtooth catch structure of each releasable pin receiver to release from engagement with the corresponding saw tooth structure of the corresponding at least one pin. | The release mechanism in the Klarity mask includes two upwardly extending grasping sections that when pressed together cause the sawtooth structures on mask frame and support rail to disengage allowing the mask frame to be removed from the support rail.  As Klarity admits on its website, pressing the grasping sections causes the saw-toothed areas of the pin reception and pin to move away and disengage.  (Exhibit E) |

73.    The Klarity White Dynamic Mask set is designed and operates substantially the same way as the Klarity Green Dynamic Mask set and infringes the '985 Patent as set forth in the claim chart above when mounted to a support rail on Brainlab's ExacTrac Dynamic® systems.

74.    Klarity sells its mask to doctors and hospitals with the "Instructions for Use" that explicitly instruct the user to use Klarity's masks in an infringing way:



**Klarity® Dynamic Masks
for BrainLab Systems**

**INSTRUCTIONS FOR USE**

GENERAL INFORMATION
Klarity Thermoplastic Masks are medical devices used to ensure precise positioning and immobilization of patients undergoing radiation therapy treatment. Klarity Dynamic Masks are compatible with BrainLab systems.

ss.

https://www.klaritymedical.com/s/IFU-M-020-Dynamic-Masks.pdf (Exhibit E).

75.    Because of the Brainlab's system for coupling a mask to the support rail, the only intended and feasible use for Klarity's White Dynamic and Green Dynamic mask sets are with the Exactrac Dynamic® systems and therefore have no substantial non-infringing uses.

76.    Because Klarity advertises its White Dynamic and Green Dynamic mask sets as "compatible with Brainlab systems" it has induced others to infringe the '958 Patent.

77.    Brainlab believes that Klarity had knowledge of and was aware of the '985 patent before it began its infringing activities.

78.    Given that Klarity specifically designed, manufactured and sold its Mask sets to infringe the '985 Patent, Brainlab believes that Klarity's infringement of the '985 Patent was, and continues to be, willful and deliberate.

79.    Brainlab has been and will continue to be damaged by Klarity's infringing activities.

80.    Brainlab has suffered irreparable harm due to Klarity's patent infringement and will continue to be irreparably harmed unless and until Klarity's infringing activities are enjoined by this Court.

## COUNT IV – TRADEMARK INFRINGEMENT

81.    Brainlab incorporates by reference all allegations in all preceding paragraphs of this complaint.

82.    Brainlab's uses of ExacTrac® and ExacTrac Dynamic® predate Klarity's use of these or confusingly similar marks and Klarity's use of Dynamic.

83.    Klarity's use of the Dynamic mark in connection with masks for Brainlab's ExacTrac Dynamic® system is likely to deceive and cause confusion and mistake among consumers as to the source or origin of the goods and services provided or offered for sale by Klarity and the sponsorship or endorsement of those goods and services by Brainlab.

84.    Klarity's use of the "ExacTrac" and "ExacTrac Dynamic" marks in connection with its GUDID registrations is likely to deceive and cause confusion and mistake among consumers as to the source or origin of the goods and services provided or offered for sale by Klarity and the sponsorship or endorsement of those goods and services by Brainlab.

85.    Brainlab has never authorized, licensed, or otherwise condoned or consented to Klarity's use of the "ExacTrac," ExacTrac Dynamic," or "Dynamic" marks.

86.    Klarity has misappropriated and continues to misappropriate Brainlab's substantial property rights in the Brainlab marks, as well as the goodwill associated with them.

87.    Unless restrained and enjoined by this Court, Klarity's conduct will permit Klarity to gain an unfair competitive advantage over Brainlab.

88.     Klarity's acts were committed willfully, with full knowledge of Brainlab's rights and with the intention to deceive and mislead the public.

## COUNT V – VIOLATION OF 6 DELAWARE CODE § 2532 (2023) AND DELAWARE COMMON LAW OF DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

89.     Brainlab incorporates by reference all allegations in all preceding paragraphs of this Complaint.

90.     Klarity claims its product are compatible with Brainlab systems.

91.     Consumers are likely to be confused into believing that Brainlab has sponsored or certified that Klarity's masks are appropriate for use in Brainlab's ExacTrac® systems.

92.     Klarity's deceptive claim that its masks are "preferred," "superior," "a cut above," an "upgrade" or in some way better than Brainlab's masks, when they are not, confuses customers and causes Brainlab damages and to lose sales.

93.     Klarity's use of the terms "ExacTrac," "ExacTrac Dynamic," and "Dynamic" misleads consumers to believe that Brainlab has authorized Klarity to sell its masks as acceptable substitutes for Brainlab's masks and is likely to deceive and cause confusion and mistake among consumers as to the source or origin of the goods and services provided or offered for sale by Klarity and the sponsorship or endorsement of those goods and services by Brainlab.

94.     Brainlab has been harmed by Klarity's deceptive trade practices in violation of 6 Delaware Code § 2532 (2023) and unfair competition and will continue to be unless Klarity's improper conduct is enjoined.

## REQUEST FOR RELIEF

Brainlab requests judgments and remedies against Klarity as follows:

1.     Judgment that Klarity has directly and indirectly infringed one or more claims of the Brainlab's U.S. Patent No. 11,278,368 under 35 U.S.C. § 271;

2.      Judgment that Klarity has directly and indirectly infringed one or more claims of the Brainlab's U.S. Patent No. 11,642,190 under 35 U.S.C. § 271;

3.      Judgment that Klarity has directly and indirectly infringed one or more claims of the Brainlab's U.S. Patent No. 11,937,985 under 35 U.S.C. § 271;

4.      Permanent injunctive relief enjoining Klarity, their officers, directors, managers, employees, affiliates, agents, representatives, parents, subsidiaries, successors, assigns, those in privity with them, and all others aiding, abetting, or acting in concert or active participation therewith, from: (a) making, using, selling, offering to sell, or importing any product covered by any of the claims of the Brainlab patents, or (b) otherwise directly or indirectly infringing any of the claims of the Brainlab's patents;

5.      Awarding Brainlab compensatory damages and lost profits under 35 U.S.C. § 284;

6.      Awarding Brainlab treble damages and attorney fees under 35 U.S.C. § 285;

7.      Judgment that Klarity has infringed the rights of Brainlab in the federally registered Brainlab marks in violation of 15 U.S.C. § 1114(1);

8.      Judgment that Klarity has infringed the rights of Brainlab in the federally registered Brainlab marks in violation of 15 U.S.C. § 1125(a);

9.      Awarding Brainlab compensatory damages and lost profits under 15 U.S.C. § 1117.

10.     Awarding Brainlab treble damages and attorney fees under 15 U.S.C. § 1117.

11.     Judgment that Klarity is in violation of 6 Delaware Code § 2532 (2023);

12.     Awarding Brainlab compensatory damages, an injunction, treble damages and an injunction under 6 Delaware Code § 2533 (2023);

13.     Ordering Klarity to account to Brainlab for all sales, revenues, and profits derived from its improper activities;

14.    Awarding Brainlab pre-judgment and post-judgment interest;

15.    Judgment in favor of Brainlab for all costs, expenses incurred by Brainlab in bringing this action; and,

16.    Awarding Brainlab any other and further relief as this Court deems just and proper under the circumstances.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Of Counsel*:

Jay Campbell (0041293)
Patrick Clunk (0083650)
Carter Ostrowski (0102302)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
(216) 592-5000
jay.campbell@tuckerellis.com
patrick.clunk@tuckerellis.com
carter.ostrowski@tuckerellis.com

*Attorneys for Plaintiffs Brainlab AG and Brainlab Inc.*

Dated:  June 20, 2024