AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| BRAINLAB AG, and BRAINLAB, INC., <br> *Plaintiff(s)* <br> v. <br> KLARITY MEDICAL PRODUCTS, LLC, <br> *Defendant(s)* | Civil Action No. 24-728-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Klarity Medical Products, LLC
c/o Registered Agents & Incorporators of Delaware, Inc. (via Registered Agent)
203 NE Front Street, Suite 101
Milford, DE  19963

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/20/2024

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-728-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Klarity Medical Products, LLC at 3:28 pm__
was received by me on *(date)* __06/20/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dan Scanlon at 3:28 pm__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Registered Agents &
Incorporators of Delaware, Inc by acting as agent__ on *(date)* __06/20/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __06/20/2024__

*Server's signature*

__Shelly Miles with Parcels, Inc/Process Server__
*Printed name and title*

Parcels, Inc
1111B South Governors Ave
Dover, DE 19904

*Server's address*

Additional information regarding attempted service, etc:

Summons, Complaint with Exhibits