IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRAINLAB AG and BRAINLAB, INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 24-728-JCG |
| v. | ) ) ) |
| KLARITY MEDICAL PRODUCTS, LLC, | ) ) ) |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION CHART

Plaintiffs Brainlab AG and Brainlab, Inc. (collectively, "Brainlab") provided proposed claim constructions as required by paragraph 14 of the Amended Scheduling Order in this case on February 26, 2025. The terms identified corresponded to the terms Klarity alleged to be indefinite in Klarity's Invalidity Contentions. On March 24, 2024, Defendant Klarity Medical Products, LLC ("Klarity") indicated it will not take any position on Brainlab's proposed constructions.

## CLAIM TERMS

**1) "patient rest" ('368 Claim 1; '190 Claim 11)**

*Plaintiffs' Proposed Construction:*

> A structure upon which at least a portion of the patient's body is supported.

{02111506;v1 }

*Support:*

'368 Col. 2:27-31:
The support rail and the patient rest form a support for the patient's body, head and neck and hold them at a fixed position with respect to a CT-table or a treatment table as used during radiotherapy or radiosurgery.

'368 Col. 8:48-64
The patient rest **2** (shown in FIGS. 1, 2 and 4) is typically secured to a treatment table by means of mounting brackets (not shown) which may position the patient rest **2** to the treatment table's indexing system in an interlocking manner for a defined and reproducible position. The patient rest **2** may be attached to the treatment table in a force-locking manner, as well as by brackets that embrace the table top and can be locked by a fastener. The patient rest **2** has a material minimized design that reduces it's effects on attenuation and dose build-up when the radiation beam has to pass the patient rest **2**. The patient rests **2** support rail structure **1** incorporate the mask fixation and connection points for the upper and lower mask shell, the rear head support **23** and the height adjustment unit **15**. To minimize the collision risk with a linear accelerator, the support rail structure **1** of the patient rest **2** is located as close as possible to the longitudinal middle axis of the patient's head. The cranial bar extending in a medial-lateral direction and connecting the lateral sections of the support rail structure **1** is located as close as possible to the head, following the head's anatomy.

*Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

2) **"first interface section" / "second interface section" ('368 Claim 1; '190 Claim 1)**

*Plaintiffs' Proposed Construction:*

> Structures adapted to connect the mask frame to the support rail.

*Support:*

'368 Patent, Abstract:
> a mask frame adapted to be coupled to at least one deformable upper mask sheet, wherein the mask frame is releasably connected to the support rail structure via a first interface section and a second interface section, with at least two pins protruding from the first interface section in a first direction, and at least two pin-receptions provided at the second interface section, wherein each one of the pin-receptions receives one of the pins, and

'368 Patent, col. 3:52 – col. 4:7.
> As already described further above, the inventive system is preferably designed to avoid collisions with a gantry surrounding the patient and the patient table during treatment. Therefore, the support rail structure may extend, particularly within a frontal plane of the patient in the supine position, cranially around a close proximity to the patient's head. Further, the first interface section, provided at the support rail structure or the mask frame, or the second interface section, provided at the mask frame or the support rail structure, respectively, may comprise at least one adjustable stop-mechanism, particularly one adjustable stop-mechanism on each one of the lateral sides of the patient's head, that limits the distance by which the pins can be pushed into the pin-receptions in the first direction by which the mask frame can be pushed towards the support rail structure. In other words, at least one of the interface sections may comprise a physical limiter on which the respective other interface comes to rest in a final position of the mask frame with respect to the support rail structure. Thus, the mask frame and the mask are prevented from being pushed further towards the support rail structure and the patient's forehead beyond a predefined limit.

*Defendant's Proposed construction:*

Klarity takes no position on Brainlab's proposed construction.

   3) "rear mask rest" ('368 Claim 8; '190 Claims 6, 7)

*Plaintiffs' Proposed Construction:*

> A support for the rear mask frame and/or the head support

*Support:*

'368 Patent, col. 5:30-40.
> For attaching the head support and/or a frame for one more rear masks, the support rail structure may comprise a rear mask rest which provides support for the rear mask frame and/or the head support. Further, it is conceivable that the rear mask rest allows a rear mask frame and/or a head support to be snap-fitted to the support rail structure which will avoid that the head support or the rear mask frame is detached from the support rail structure unintentionally. The rear mask rest may be formed by a plurality of protrusions that may extend from the lateral sections of the support rail structure in a media-lateral direction.

'368 Patent, col. 8:1-11:
> For attaching the head support **23** and/or a frame for one more rear masks **22**, the support rail structure **1** may comprise a rear mask rest **21** which provides support for the rear mask frame **22** and/or the head support **23**. Further, it is conceivable that the rear mask rest **21** allows a rear mask frame **22** and/or a head support **23** to be snap-fitted to the support rail structure **1** which will avoid that the head support **23** or the rear mask frame **22** is detached from the support rail structure **1** unintentionally. The rear mask rest **21** may be formed by a plurality of protrusions **24** that may extend from the lateral sections of the support rail structure **1** in a media-lateral direction.

### *Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

### 4) "most caudal position" ('368 Claim 13)

### *Plaintiffs' Proposed Construction:*

| most posterior position |
|---|

**Support:** "directed toward or situated in or near the tail or posterior part of the body" Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/caudal

### *Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

### 5) "cranial-caudal direction" ('368 Claim 15; '190 Claims 14, 18)

*Plaintiffs' Proposed definition:*

> In a cranial posterior direction

**Support**: "directed toward or situated in or near the tail or posterior part of the body" Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/caudal

*Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

### 6) "medial-lateral direction" ('190 Claims 14, 18)

*Plaintiffs' Proposed Construction:*

> In a medial-lateral direction relative to the lateral sections of the support rail structure.

**Support:**

'368 Patent, col. 5:30-40.
  For attaching the head support and/or a frame for one more rear masks, the support rail structure may comprise a rear mask rest which provides support for the rear mask frame and/or the head support. Further, it is conceivable that the rear mask rest allows a rear mask frame and/or a head support to be snap-fitted to the support rail structure which will avoid that the head support or the rear mask frame is detached from the support rail structure unintentionally. The rear mask rest may be formed by a plurality of protrusions that may extend from the lateral sections of the support rail structure in a media-lateral direction.

'368 Patent, col. 8:1-11:
  For attaching the head support **23** and/or a frame for one more rear masks **22**, the support rail structure **1** may comprise a rear mask rest **21** which provides support for the rear mask frame **22** and/or the head support **23**. Further, it is conceivable that the rear mask rest **21** allows a rear mask frame **22** and/or a head support **23**

to be snap-fitted to the support rail structure **1** which will avoid that the head support **23** or the rear mask frame **22** is detached from the support rail structure **1** unintentionally. The rear mask rest **21** may be formed by a plurality of protrusions **24** that may extend from the lateral sections of the support rail structure **1** in a media-lateral direction.

*Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

### 7) "operating sections" ('985 Claim 4)

*Plaintiffs' Proposed Construction:*

> Sections for operating a release mechanism

*Support:*

'368 Patent, col. 6:1-15:

> In the shown embodiment, the mask frame **3** (the mask **4** attached thereto is not shown) comprises two lateral rails, each one of the rails having two pin-receptions **8** which fit around the corresponding pins **7**. Each one of the rails comprises a release mechanism **12** having a double-lever that is connected to the rail via two film-joints. It becomes apparent from FIG. 1 that pushing the "ring-shaped" grasping sections in the middle of each rail together will cause the double-lever to bend, with each end of the lever being rotated around the corresponding film-joint. Consequently, both ends of the double-lever that extend beyond the film-joints are deflected in an opposite direction. Each one of the lever-ends features a saw-toothing **11** within a pin-reception **8**, that interlocks the saw-toothing **10** on the pins **7**.

*Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

### 8) "a radiation therapy device" ('985 Claim 14)

*Plaintiffs' Proposed Construction:*

> A device used in radiotherapy or radiosurgery that emits radiation

**Support:**

'368 Patent, col. 1:11-16:
> The present invention relates to an immobilization system for immobilizing the head of a patient by covering the head's surface at least partially with an immobilization mask. The present invention may be used for non-invasive patient immobilization and reproducible positioning during stereotactic radiosurgery and radiotherapy treatments

*Defendant's Proposed Construction:*

Klarity takes no position on Brainlab's proposed construction.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Andrew C. Mayo* | */s/ Michael Flynn* |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | Michael Flynn (#5333)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |