IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRAINLAB AG and BRAINLAB, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-728 (JCG) |
| | ) | |
| KLARITY MEDICAL PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CLAIM CONSTRUCTION

Defendant Klarity Medical Products, LLC has not proposed any claim terms for construction, and takes no position on the proposed constructions offered by Plaintiffs in the Joint Claim Construction Chart (D.I. 32).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com
tmurray@morrisnichols.com

April 14, 2025                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, copies of the foregoing were caused to be served

upon the following in the manner indicated:

Andrew C. Mayo, Esquire                                        *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Jay Campbell, Esquire                                          *VIA ELECTRONIC MAIL*
Patrick Clunk, Esquire
Carter Ostrowski, Esquire
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
*Attorneys for Plaintiffs*


                                        */s/ Michael J. Flynn*
                                        _____
                                        Michael J. Flynn (#5333)