IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRAINLAB AG and BRAINLAB, INC., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) C.A. No. 24-728-JCG ) ) |
| KLARITY MEDICAL PRODUCTS, LLC, | ) ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' MOTION FOR CLAIM CONSTRUCTION

Plaintiffs Brainlab AG and Brainlab, Inc. (collectively, "Brainlab") hereby respectfully requests that the Court adopt Brainlab's claim construction positions, as set forth in the parties' Joint Claim Construction Chart (D.I. 32).

ASHBY & GEDDES

/s/ Andrew C. Mayo
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Brainlab AG and Brainlab Inc.*

*Of Counsel*:

Jay Campbell
Patrick Clunk
Carter Ostrowski
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
(216) 592-5000
jay.campbell@tuckerellis.com
patrick.clunk@tuckerellis.com
carter.ostrowski@tuckerellis.com

Dated: April 14, 2025