# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRAINLAB AG AND BRAINLAB INC.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**KLARITY MEDICAL PRODUCTS, LLC,**<br><br>    Defendant. | **Court No. 1:24-cv-00728-JCG** |

## ORDER

Upon consideration of the Joint Claim Construction Chart (D.I. 32), Defendant's Motion for Claim Construction (D.I. 33), Plaintiffs' Motion for Claim Construction (D.I. 34), and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiffs' proposed claim construction positions set forth in the Joint Claim Construction Chart (D.I. 32) are adopted by this Court; and it is further

**ORDERED** that the claim construction hearing scheduled on July 10, 2025 at 1:00 p.m. at the J. Caleb Boggs Federal Building in Wilmington, Delaware is canceled; and it is further

**ORDERED** that the deadline for Delaware and lead counsel for the Parties

to meet and confer, and thereafter file an Amended Joint Claim Construction Chart, on or before July 3, 2025, is canceled; and it is further

**ORDERED** that the following deadlines regarding the Parties' claim construction briefing are canceled:

1. Plaintiffs' service of their opening brief on or before April 30, 2025;

2. Defendant's service of its answering brief on or before May 16, 2025;

3. Plaintiffs' service of their reply brief on or before May 30, 2025;

4. Defendant's service of its sur-reply brief on or before June 9, 2025; and

5. The Parties' filing of a Joint Claim Construction Brief on or before June 11, 2025; and it is further

**ORDERED** that all other deadlines in the Second Amended Scheduling Order (D.I. 31) shall remain the same.

IT IS SO ORDERED this 16th day of April, 2025.

                                                  /s/ Jennifer Choe-Groves
                                                  Jennifer Choe-Groves
                                                  U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.